UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61563-Civ-Cohn/Seltzer

LUIS E. CUETO,

     Plaintiff,

v.

WELTMAN, WEINBERG, REIS CO., L.P.A.,

     Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all

matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of

this action with each party to bear its own attorney's fees and costs except as

otherwise agreed by the parties.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Richard B. Weinman, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Winderweedle, Haines, Ward & Woodman, |
| P.A. | |
| Fort Lauderdale, Florida  33339 | 390 North Orange Avenue |
| Telephone: 954-537-2000 | Suite 1500 PO Box 1391 |
| Facsimile: 954-566-2235 | Orlando, FL 32802 |
| | Telephone: 407-423-4246 |
| | Facsimile: 407-423-7014 |

| | |
|---|---|
| By:  /s/ Donald A. Yarbrough | By: /s/ Richard B. Weinman |
| Donald A. Yarbrough, Esq. | Richard B. Weinman, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-61563-Civ-Cohn/Seltzer

LUIS E. CUETO,

     Plaintiff,

v.

WELTMAN, WEINBERG, REIS CO., L.P.A.,

     Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on October 10, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                           s/Donald A. Yarbrough
                           Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Richard B. Weinman Esq.
Winderweedle, Haines, Ward & Woodman, P.A.
390 North Orange Avenue
Suite 1500 PO Box 1391
Orlando, FL 32802
Telephone: 407-423-4246
Facsimile: 407-423-7014

Via Notices of Electronic Filing generated by CM/ECF