UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61563-CIV-COHN/Seltzer

LUIS E. CUETO,

    Plaintiff,

vs.

WELTMAN, WEINBERG & REIS CO., L.P.A.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 7]. The Court being informed that the parties have settled this action, it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [DE 7] is hereby **GRANTED**. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of October, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF